IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| South Carolina CVS Pharmacy, L.L.C., | Case No. 2:24-cv-00525-JDA |
| Plaintiff, | |
| v. | **OPINION AND ORDER** |
| SCP 2001A-CSF-75 LLC; GCC Walterboro, LLC; GCC Realty Company LLC; Allerand Realty Holdings, LLC; ACLCP Walterboro, LLC; Richard J. Sabella; Philip Kassover, | |
| Defendants. | |

This matter is before the Court on Plaintiff's motion for leave to deposit interpleader funds. [Doc. 11.]

This Court has reviewed Plaintiff's motion as well as all relevant pleadings of record. For good cause shown, this motion is granted. Plaintiff is directed to pay into the Court's registry all rent due and which will become due under the lease and to submit funds payable to "Clerk, U.S. District Court," in the amount of $19,624.73 per month, and delivered to the Court, via the Clerk, United States District Court, J. Waites Waring Judicial Center, 85 Broad Street, Charleston, South Carolina 29401. The Clerk is directed to receive and retain the funds and place them in an interest-bearing account. Such funds are to remain in the Court registry until further Order of this Court, based on the outcome of Defendants' dispute.

It is further ordered that once the initial payment of funds is received by the Clerk, Plaintiff will be deemed dismissed from this case and relieved from all further appearances in this case while continued rent payments are made to the Court, as its requested interpleader will have been achieved. This matter shall remain open regarding the dispute between Defendants. Likewise, Defendants are restrained from taking any action against Plaintiff related to the payment of monthly rent under the subject lease during the pendency of this action.

IT IS SO ORDERED.

s/ Jacquelyn D. Austin
United States District Judge

April 5, 2024
Columbia, South Carolina